■ GARY FULTON, Appellant, v WALTON STREET ASSOCIATES et al., Respondents. BURNS ELECTRIC, Third-Party Plaintiff-Respondent, v BLAIS CONSTRUCTION, INC., et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [609 NYS2d 882] —Appeal unanimously dismissed without costs as moot (see, Ortiz v New York City Hous. Auth., 191 AD2d 177). (Appeal from Order of Supreme Court, Onondaga County, Pooler, J.—Renewal.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.